UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER LUKE PRATT, #673261,

        Petitioner,

                                             CASE NO. 2:10-CV-10641
v.                                   HONORABLE GEORGE CARAM STEEH

NICK LUDWICK,

        Respondent.

_____/

**ORDER GRANTING PETITIONER'S MOTION TO AMEND AND/OR SUPPLEMENT**

This matter is before the Court on Petitioner's motion to amend and/or supplement his pleadings to add further legal authority in support of his habeas petition.  The Court has discretion to allow amendment of the habeas petition.  *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a).  Petitioner has submitted the proposed amendment with his motion.  Having considered the matter, the Court concludes that Petitioner may amend/supplement his pleadings as requested.  Respondent shall file a reply to Petitioner's supplemental pleadings, if desired, within **30 DAYS** of the filing date of this order.

     **IT IS SO ORDERED**.

Dated:  January 10, 2011

                                   S/George Caram Steeh
                                   GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 10, 2011, by electronic and/or ordinary mail and also to
Christopher Pratt at Central Michigan Correctional Facility, 320 N.
Hubbard, St. Louis, MI 48880.


S/Josephine Chaffee
Deputy Clerk